UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RICHARD WEBB,

                              Plaintiff,

  -against-                                          9:05-CV-1518
                                                            (LEK/RFT)

CAPT. GUMMERUN, Auburn Corr.
Facility, LT. QUINN, Auburn Corr.
Facility, LT. ESTABROOK, Auburn
Corr. Facility, SGT. CHRISTOPHER,
Auburn Corr. Facility, DR. KOOI,

                              Defendants.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on February 11, 2008, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 27).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Treece's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 27) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion to dismiss (Dkt. No. 23) is **GRANTED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   March 12, 2008
         Albany, New York

_Lawrence E. Kahn_
Lawrence E. Kahn
U.S. District Judge